UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

CITATION/CASE NO. __6:10-mj-00162 MJS__

U.S.A.
v.

Conor McCormack

**ORDER TO PAY**

(this area intentionally left blank)

**YOU ARE HEREBY ORDERED TO PAY/COMPLY WITH THE FOLLOWING:**

(✓) **FINE** of $ __215.00__       (✓) **Penalty ASSESSMENT** of $ __10.00__

(✓) **PROCESSING Fee** of $ __25.00__       for a **TOTAL AMOUNT** of $ __250.00__ ,

paid within _____ days / months **OR** payments of $ __50.00__ per month, commencing

__October 15th__ and due on the __15th__ of each month until **PAID IN FULL - note late payments could be subject to late/delinquent charges imposed by C.V.B..**

(✓) REVIEW/Post Sentencing HEARING DATE: __March 8, 2011__ at __10:00__ (a.m.)/ p.m. in Dept. _____
( ) Compliance HEARING: : _____ at _____ a.m. / p.m. in Dept. _____
( ) RESTITUTION _____
( ) COMMUNITY SERVICE _____ with fees not to exceed $ _____
to be completed by _____ with Proof mailed to the Clerk of the Court.
( ) Traffic School By: _____ with Proof mailed to _____
(✓) PROBATION to be (unsupervised)/ supervised for: __6 months__

Payments **must be made by Check or Money Order, payable to: Clerk, U.S.D.C. and mailed to (check one):**

[ ] CENTRAL VIOLATIONS BUREAU
PO Box 70939
Charlotte, NC 28272-0939
1-800-827-2982

[ ] CLERK, U.S.D.C.
501 'I' St., #4-200
Sacramento, CA 95814

[✓] CLERK, U.S.D.C.
2500 Tulare St., Rm 1501
Fresno, CA 93721

Your check or money order must indicate **your name and citation/case number** shown above to ensure your account is credited for payment received.

DATED: __September 17, 2010__       __/s/ W.Kusamura__
for: U.S. Magistrate Judge Michael J. Seng

EDCA - Rev 4/2007

PDF created with pdfFactory trial version www.pdffactory.com