```
1  Rachel Cartier
   Legal Document Examiner
2  NATIONAL PARK SERVICE
   Law Enforcement Office
3  P.O. Box 517
   Yosemite, California  95389
4  Telephone: (209) 372-0241
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Docket 6:10-mj-00162-MJS |
|---|---|---|
| Plaintiff, | ) | MOTION TO DISMISS; |
| | ) | AND  ORDER |
| v. | ) | THEREON |
| CONOR MCCORMACK, | ) | |
| Defendant. | ) | |

The defendant having met all conditions of deferral, the United States hereby moves the Court for an order of dismissal pursuant to 18 United States Code §3607, and by leave of Court endorsed hereon.

Dated: April 12, 2011                              NATIONAL PARK SERVICE

                                                   /S/ Rachel Cartier
                                                   Rachel Cartier
                                                   Legal Document Examiner

**ORDER**

IT IS SO ORDERED.

Dated:   April 14, 2011                            /s/ *Michael J. Seng*
                                                   UNITED STATES MAGISTRATE JUDGE

1